# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HARRIETT LOUISE REHMAN, On Behalf of the Estate of Virginia Smotherman and the Estate of Pollyanna Smotherman<br><br>v.<br><br>GPM INVESTMENTS, LLC | § § § § § § § | CIVIL ACTION NO. 3:24-CV-1391-S |
| GPM INVESTMENTS, LLC d/b/a E-Z MART<br><br>v.<br><br>HARRIETT LOUISE REHMAN, On Behalf of the Estate of Virginia Smotherman and the Estate of Pollyanna Smotherman | § § § § § § § § § § | CIVIL ACTION NO. 3:24-CV-2206-S |

## ORDER

The parties have filed the Joint and Agreed Motion and Request to Enter Final Judgment of Dismissal with Prejudice ("Agreed Motion") [ECF No. 44]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the parties' Agreed Motion.

Upon review and consideration of the Agreed Motion, the Court **GRANTS** the Agreed Motion. All claims that the parties assert, or could have asserted, in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED February 25, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE